■ GEORGE WURZBACKER, as Administrator of the Estate of GEORGETTA WURZBACKER, Deceased, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 31799.) — Judgment affirmed, with costs. All concur. (Appeal from a judgment of the Court of Claims, for claimant on a claim for damages for the death of claimant's intestate, alleged to have resulted by reason of the negligent condition of State highway.) Present — McCurn, P. J., Kimball, Wheeler, Williams and Bastow, JJ.

■ GEORGE WURZBACKER, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 31800.) — Judgment affirmed, with costs. All concur. (Appeal from a judgment of Court of Claims, for claimant on a claim for damages for personal injuries sustained by claimant and for property damages to his automobile, alleged to have resulted by reason of the negligent condition of State highway.) Present — McCurn, P. J., Kimball, Wheeler, Williams and Bastow, JJ.